**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA POTTS, an individual, on behalf of herself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>SIRIUS XM RADIO INC., a Delaware Corporation; PANDORA MEDIA, LLC, a Delaware Limited Liability Company; and DOES 1 to 50,<br><br>     Defendants. | Case No. CV 21-9755-DMG (KSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendant's motion for summary judgment [Doc. # 65], issued on March 7, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Sirius XM Radio Inc. and Pandora Media, LLC and against Plaintiff.

DATED:  March 7, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE