Jonathan Melmed, #290218; Kyle D. Smith, #280489

Name ___Melmed Law Group P.C.___

Address ___1801 Century Park East, Ste. 850___

City, State, Zip ___Los Angeles, CA 90067___

Phone ___(310) 824-3828___

Fax ___(310) 862-6851___

E-Mail ___jm@melmedlaw.com; ks@melmedlaw.com___

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA POTTS, an individual, on behalf of herself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S), | CASE NUMBER:<br><br>2:21-cv-09755 DMG-KS |
| v.<br><br>SIRIUS XM RADIO INC., a Delaware Corporation; PANDORA MEDIA, LLC, a Delaware Limited Liability Company; and DOES 1 TO 50,<br><br>DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Jessica Potts_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   ECF No. 65

☒ Judgment (specify):
   ECF No. 66

☒ Other (specify):
   Any order taxing costs to Plaintiff imposed as a result of the Order and Judgment listed above.

Imposed or Filed on ___3/7/2023___. Entered on the docket in this action on ___3/7/2023___.

A copy of said judgment or order is attached hereto.

___March 27, 2023___          /s/ Jonathan Melmed
Date                          Signature
                              ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).